**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DWIGHT ALEXANDER      *
         *
         Plaintiff      *
         *
V.      *
         *      NO: 4:10CV01535   SWW
BAYVIEW LOAN SERVICING, LLC      *
         *
         Defendant      *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 5th DAY OF NOVEMBER, 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE